# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

—————————————————

Case No. 5D2023-2208
LT Case Nos. 2021-CF-000765
2021-CF-000274
2021-CF-000371
2021-CF-000329
2021-CT-001331

—————————————————

MARISSA N. MCCONNELL,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

—————————————————

On appeal from the Circuit Court for Hernando County.
Daniel Burrell Merritt, Jr., Judge.

Matthew J. Metz, Public Defender, and George D.E. Burden, Assistant Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Marissa V. Giles, Assistant Attorney General, Daytona Beach, for Appellee.

July 9, 2024

PER CURIAM.

    AFFIRMED.

WALLIS, JAY, and BOATWRIGHT, JJ., concur.

———————————————

*__Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.__*

———————————————